# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                NO. 2021 KW 1160

VERSUS

CHARLES ANTHONY SMITH                        **DECEMBER 7, 2021**

---

In Re:     Charles Anthony Smith, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 32020.

---

**BEFORE:   McDONALD, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.** Contrary to the allegations in the writ application, the records of the Livingston Parish Clerk of Court's Office reflect that on May 19, 2021, relator filed a supplemental application for postconviction relief, and on July 7, 2021, the district court denied the application. Therefore, the district court complied with the Louisiana Supreme Court's order to give counsel a reasonable opportunity to prepare and file expeditiously a supplemental application for postconviction relief. See **State v. Smith**, 2021-00110 (La. 4/07/21), 313 So.3d 260 (*per curiam*).

                          JMM
                          AHP
                          WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT